No. 2,449.

### THE PEOPLE OF THE STATE OF CALIFORNIA, Respondents, v. THOMAS O'BRIEN, Appellant.

PRACTICE ON APPEAL.— Where there is no appearance on the part of the appellant, and no points and authorities filed on his behalf, the appeal will be dismissed.

APPEAL from the District Court of the Thirteenth District, Merced County.

No brief on file for appellant.

*Jo Hamilton,* Attorney General, for Respondents.

RHODES, C. J., delivered the opinion of the Court:

There being no appearance on the part of the appellant, and no points and authorities being filed on his behalf, the appeal is dismissed.